Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Keiron Kenneth Holmes sr.
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Dillard's department store, Hannah Tedrick etc.
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2024 JAN 12 A 10: 44 CLERK SO. DIST. OF GA.

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                  Keiron Kenneth Holmes sr.
   Street Address        1074 Carl Griffin Drive
   City and County       Savannah, Chatham
   State and Zip Code    Georgia, 31405
   Telephone Number      _____
   E-mail Address        _____

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"See Attachment"

Savannah Mall and Dillard's department store allowed racial profiling with clerk

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I the plaintiff Keiron Kenneth Holmes Sr. monertary damages in the amount of $50,000.00, punitive damages in the amount of 10,000.00 and actual damages in the amount of $3,000.00 for emotional distress, loss of job, defeclamation of characther and for the time I had to spend in jail. The store clerk Hannah didn't prove I committed a crime/me being a black male was the only reason she stated it look like I was about to steal.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01-02-2024

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Keiron Kenneth Holmes Sr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

I the plaintiff Keiron Kenneth Holmes sr. is suing Dillard's Department Store in Savannah, Ga on 14025 Abercorn Street and the store clerk Hannah Tedrick for racial profiling against me. As soon as I got in Dillard's Department Store in Savannah Mall and stop in the Polo section I was harrass by SPD agent Jeffrey Oliver due to facts store clerk Hannah Tedrick told SPD agent Jeffrey Oliver a black male look like he is about to shoplift only seconds after coming in the store. Hannah Tedrick told SPD agent Jeffrey Oliver she seen me go in dressing room with a red pair of pants and stated I didn't return the red pair of pants. The SPD agent Jeffery Oliver stated I return all several items I took from the polo section. No one seen me put on polo pants in store or seen me walk out with polo pants nor did the pants that were found on me had any Savannah Mall Dillard's Department Store tags on them. Vedio will show me putting ▬ item's back on the rack in the polo section.

CC: All Parties
Date: 01-02-2024
Name: Keiron Kenneth Holmes sr.
Sign: [signature]

Respectfully Submitted

Dillard's department store, the Savannah Mall and the store clerk Hannah Tedrick at dillard's department use racial profiling, was bias and descriminated against me by calling the cops on me for no good reason only exept to say a black male who just entered dillard's store was suspected to be bout to shoplift with no explination on how I was looking like I was about to shoplift. see SPD police report number 220107067 not to add the officer who wrote the police report in this claim. See also the SPD policies/procedures along with (BWC) body worn camera and you will see that the arresting office violated laws of Georgia, SPD policies/procedures when it comes to investigating a crime, when it come to writing a police report, the use of (BWC) body worn camera and when it comes to making a arrest. No one stated/and or seen walk out dressing room or store with stolen clothes on nor was any of the clothes that the officer took off me had any price tags/item number or company logo as evidence those items belong to Dillard's department store in Savannah Mall. The least to say the store clerk Hannah didn't explain in the police report how I look like I was about to steal other I was a black male standing in the Polo section in Dillard's Department Store in the Savannah Mall. This is why I'm entitled to all damages

CC: All Parties

Date: 01-02-2024

Keiron Kenneth Holmes sr.

Respectfully Submitted

JailATM.com – Chatham County Jail
Inmate DIN ID# P0410027
Inmate full name Keiron Kenneth Holmes sr.
925B Peachtree St. NE  Box 2062
Atlanta, Georgia  30309

JACKSONVILLE FL 320
9 JAN 2024  PM 4  L
FOREVER USA
Barn Swallow

Clerk of Court
John E. Triplett
United States District Courts
P.O. Box 8286
Savannah, Georgia  31412