# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KEIRON KENNETH HOLMES, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV424-012 |
| DILLARD'S DEPARTMENT STORE, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 9, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is dismissed for failure to state a claim for which relief can be granted. Further, Plaintiff has failed to amend his complaint within the time allowed. The Clerk is **DIRECTED** to **CLOSE** this Case.

**SO ORDERED** this 26th day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA